# MEMORANDUM DECISIONS

SHERMAN v. STATE. (Court of Criminal Appeals of Texas. March 12, 1913.) Appeal from District Court, Galveston County; Clay S. Briggs, Judge. E. Sherman was convicted of crime, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Inasmuch as the record does not contain a statement of facts nor bills of exceptions, the questions presented for review by the motion for new trial cannot be reviewed. The judgment is affirmed.

SCHMIDT v. BOYCE. (Court of Civil Appeals of Texas. Amarillo. March 8, 1913.) Appeal from Childress County Court; W. G. Gross, Judge. Action between William Schmidt and J. C. Boyce. From the judgment, Schmidt appeals. Affirmed. T. M. Brooks and C. Von Carlowitz, both of Ft. Worth, for appellant. Hamilton & Davidson, of Childress, for appellee.

HUFF, C. J. This cause is affirmed. There is no statement of facts, and under the finding of facts by the trial court, the judgment of that court is correct. No reversible error being pointed out, we affirm the judgment of the court below.

BROWN v. CARTER. (Supreme Court of Arkansas, Dec. 4, 1911.) Appeal from Circuit Court, Randolph County; John W. Meeks, Judge.
PER CURIAM. Appeal dismissed, for noncompliance with rule 9.